United States Court of Appeals
Fifth Circuit

**F I L E D**

June 22, 2005

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 04-50851
Conference Calendar

_____

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

ANGELA WALKER,

                                        Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Western District of Texas
USDC No. 7:04-CR-66-3
--------------------

Before WIENER, BENAVIDES, and DENNIS, Circuit Judges.

PER CURIAM:*

     Court-appointed counsel for Angela Walker has moved for
leave to withdraw and has filed a brief pursuant to Anders v.
California, 386 U.S. 738 (1967).  Walker has received a copy of
counsel's motion and brief, but has not filed a response.  Our
review of the brief filed by counsel and of the record discloses
no nonfrivolous issue for appeal.  Accordingly, the motion for
leave to withdraw is GRANTED, counsel is excused from further
responsibilities, and the APPEAL IS DISMISSED.  See 5TH CIR.
R. 42.2.

_____

     * Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.